| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| | | COUNTY: MIDDLESEX |

| Plaintiff: Christine Ganey | Defendant: William Burnes | Crete Carrier Corporation |
|---|---|---|
| ADDRESS: 18 Cottage St. South Hamilton, MA 01982 | ADDRESS: 1705 Susek Dr. Pineville, LA 71360 | 400 56th St. Lincoln, NE 68528 |

| Plaintiff Attorney: Kelsey Raycroft Rose | Defendant Attorney: |
|---|---|
| ADDRESS: Morgan & Morgan P.A. 155 Federal Street, 15th Floor Boston, MA 02110 | ADDRESS: |
| BBO: 692102 | BBO: |

**TYPE OF ACTION AND TRACK DESIGNATION** (see instructions section below)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence | F-Fast Track | [X] YES   [ ] NO |

*If "Other" please describe:

**Is there a claim under G.L. c. 93A?**   [ ] YES   [X] NO
**Is there a class action under Mass. R. Civ. P. 23?**   [ ] YES   [X] NO

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**

A. Documented medical expenses to date
1. Total hospital expenses — $150,000.00 (ongoing)
2. Total doctor expenses
3. Total chiropractic expenses
4. Total physical therapy expenses
5. Total other expenses (describe below) — >$10,000.00
   Replacement services, out of pocket costs

RECEIVED 6/20/2022 HG

Subtotal (1-5): >$160,000.00

B. Documented lost wages and compensation to date
C. Documented property damages to date
D. Reasonably anticipated future medical and hospital expenses — >$100,00.00
E. Reasonably anticipated lost wages
F. Other documented items of damages (describe below) — >$500,000.00
   Pain and Suffering, Physical Limitations, Loss of Enjoyment

TOTAL (A-F): $760,000.00

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
   Multiple spine herniations requiring injections and surgery

**CONTRACT CLAIMS**

[ ] This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Unrepresented Plaintiff: X *Kelsey R Rose*   Date: 06/15/22

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**
I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney/Unrepresented Plaintiff: X *Kelsey R Rose*   Date: 06/15/22

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                                                     SUPERIOR COURT
                                                                                              DOCKET NO.:

CHRISTINE GANEY,
        Plaintiff,

v.

WILLIAM BURNS and
CRETE CARRIER CORP.
        Defendants.

## COMPLAINT AND JURY DEMAND

### PARTIES

1. The plaintiff, Christine Ganey, is an individual residing in South Hamilton, Commonwealth of Massachusetts.

2. The defendant, William Burns, is an individual residing at 1705 Susek Drive, Pineville, Louisiana.

3. The defendant, Crete Carrier Corp., is a corporation that conducts business in Massachusetts, but has a principal place of business at 400 56th Street, Lincoln, Nebraska.

### COUNT I – NEGLIGENCE
*Christine Ganey v. All Defendants*

5. The Plaintiff repeats, realleges, and incorporates by reference as if set forth hereto in their entirety paragraphs 1 through 4 of this Complaint.

6. On or about August 3, 2020, the Plaintiff Christine Ganey was operating a motor vehicle traveling in the left lane of the 1-93 Northbound Off-Ramp at Exit 39 in Wilmington, Massachusetts. Defendant William Burns, who was an employee of Defendant Crete Carrier Corp. and was operating a tractor-trailer owned by Defendant Crete Carrier Corp., was operating a motor vehicle on the same off-ramp in the right lane.

7. Both vehicles came to a stop next to each other at a red light at the intersection with Concord Street. When the light turned green, both vehicles proceeded into the intersection

1

to turn left. It was at that time when the left side of Defendant's vehicle collided with the right side of Plaintiff's vehicle.

8. As a result of the negligence of the Defendants, the Plaintiff sustained injuries of mind and body, loss of earning capacity, incurred expenses for medical care and attendance, and her vehicle was damaged.

WHEREFORE, the plaintiff, Christine Ganey, demands judgment against the defendants, plus interest and costs of this action.

### COUNT II – NEGLIGENCE (RESPONDEAT SUPERIOR)
*Christine Ganey. v. Crete Carrier Corp.*

9. The plaintiff repeats, realleges, and incorporates by reference as set forth hereto in their entirety Paragraphs 1 through 8 of this Complaint.

10. The defendant, Crete Carrier Corp., was, at the time of the above-referenced accident, the employer of the defendant, William Burns.

11. The defendant, William Burns, was in the course of his employment for Crete Carrier Corp., at the time of the collision described in paragraph 6 above.

12. The defendant, Crete Carrier Corp., is liable for the negligence committed by William Burns while William Burns was in the course of his employment.

WHEREFORE, the plaintiff, Christine Ganey, demands judgment against the defendants, plus interest and costs of this action.

### COUNT III – NEGLIGENCE – Mass. Gen. Laws ch. 231, §85A
*Christine Ganey v. Crete Carrier Corp.*

13. The plaintiff repeats, realleges, and incorporates by reference as if set forth hereto in their entirely Paragraphs 1 through 12 of this Complaint.

14. At the time of the accident described herein, the motor vehicle operated by the defendant, William Burns, was then being operated by and under the control of a person for whose conduct the defendant, Crete Carrier Corp., was legally responsible, pursuant to Mass. Gen. Laws ch. 231, §85A.

WHEREFORE, the plaintiff, Christine Ganey, demands judgment against the defendants, plus interest and costs of this action.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS**

                                  Respectfully submitted,
                                  The Plaintiff,
                                By their attorney

                                */s/ Kelsey R. Rose*
                                Kelsey Raycroft Rose, BBO # 692102
                                MORGAN & MORGAN
                                155 Federal Street, 15th Floor
                                Boston, MA 02110
                                KRaycroftRose@forthepeople.com
                                Phone: 857-383-4903
                                Fax: 857-383-4928

Date: <u>6/20/2022</u>